## John D. Connors, Appellant, v. Henry Winke, Appellee.

### Gen. No. 6,219. (Not to be reported in full.)

Appeal from the County Court of Will county; the Hon. GEORGE J. COWING, Judge, presiding. Heard in this court at the October term, 1915. Affirmed. Opinion filed April 14, 1916.

### Statement of the Case.

Action by John D. Connors, plaintiff, against Henry Winke, defendant, to recover for injuries to his automobile. From a judgment for defendant, plaintiff appeals.

John D. Connors and Henry Winke were riding on a public street in the City of Joliet, each driving his own automobile. They met at the intersection of another street, and there was a collision in which plaintiff's car was injured.

Each of the parties testified on the trial, and made it quite plain that he was driving his car slowly and with care, and the other party was driving in a reckless manner and entirely responsible for the collision. Each party was corroborated by other witnesses, and there was a conflict of evidence as to what happened, and where and why.

E. MEERS, for appellant.

GARNSEY, WOOD & LENNON, for appellee.

MR. JUSTICE CARNES delivered the opinion of the court.

### Abstract of the Decision.

1. NEW TRIAL, § 52*—*when proper because verdict against evidence.* When the weight of evidence is clearly and manifestly

*See Illinois Notes Digest, Vols XI to XV, and Cumulative Quarterly, same topic and section number.

against the verdict, it is the duty of the trial court to grant a new trial, failing in which the judgment will be reversed upon appeal.

2. EVIDENCE, § 315*—*what is purpose of documentary evidence.* Photographs, diagrams and drawings are often proper, not as evidence within themselves, but for the purpose of enabling the jury to understand and apply the testimony.

3. NEW TRIAL, § 79*—*when motion for on ground of newly-discovered evidence properly denied.* A motion for a new trial on the ground of newly-discovered evidence, *held* properly denied where no reason was given why certain witnesses, whose testimony was relied on, were not produced at the trial.